UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21714-CIV-ALTONAGA

**BRIAN GALLANT**,

    Plaintiff,
v.

**TD BANK, N.A.**,

    Defendant.
_____/

**ORDER**

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [ECF No. 18]. Little reason, if any, is given for the requested extension of time. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. Plaintiff Brian Gallant has through and including July 11, 2022, to respond to Defendant's Motion to Dismiss.

**DONE AND ORDERED** in Miami, Florida, this 24th day of June, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record