UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21714-CIV-ALTONAGA

**BRIAN GALLANT**,

    Plaintiff,

v.

**TD BANK, N.A.**, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Early Warning Services, LLC's Unopposed Motion for Extension of Time [ECF No. 34]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. Defendants shall file a *single, combined* response or their separate answers to Plaintiff's Amended Complaint no later than **September 6, 2022**.

Defendant is reminded that Local Rule 7.1 (A)(2) requires certain motions identified in Local Rule 7.1 (A)(1) be accompanied by a proposed order. The present Motion was not accompanied by a proposed order. Furthermore, pursuant to 3I(6) in the CM/ECF Administrative Procedures, all proposed documents must also be e-mailed to the judge in **word format** to the email address of the judge. Future instances of non-compliance may result in a denial of the motion.

**DONE AND ORDERED** in Miami, Florida, this 5th day of August, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record