UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRIAN GALLANT, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 1:22-cv-21714-CMA |
| vs. | JURY TRIAL DEMANDED |
| TD BANK, N.A., et al., | |
| *Defendants*. | |
| _____/ | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Brian Gallant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1.  All claims of the Plaintiff, Brian Gallant, individually, are hereby dismissed without prejudice.

2.  All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 29, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                              **SHAMIS & GENTILE, P.A.**
                              14 NE 1st Ave., Suite 705
                              Miami, FL 33132
                              Telephone (305) 479-2299
                              Facsimile (786) 623-0915
                              Email: efilings@sflinjuryattorneys.com

By:     _/s/ Andrew J. Shamis_
            Andrew J. Shamis, Esq.
            Florida Bar # 101754

*Counsel for Plaintiff and the Class*